**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01208-STV

BRYCE R. SWEENEY,

      Plaintiff

v.

HOME DEPOT U.S.A., INC. d/b/a "THE HOME DEPOT", and
EQUIPMENT DEVELOPMENT CO., INC.

      Defendants.

---

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

---

Plaintiff Bryce R. Sweeney, Defendant Home Depot U.S.A., Inc., and Defendant Equipment Development Co., Inc. (collectively the "Parties"), hereby notify the court that all matters in controversy between the parties have been settled in principle. Accordingly, the Parties jointly move the Court to stay all deadlines for 30 days, through December 2, 2024, so that appropriate dismissal papers may be submitted.

DATED this 29th day of October, 2024.

By: *s/Christopher K. Gilbert*

_____
Christopher K. Gilbert, Esq.
CO Bar No. 40635
Christopher K. Gilbert, Esq., LLC
8965 E. Nichols Place
Centennial, CO 80112
970/445-2378
cgilbert@gilbert-law.com

Gregory P. Love, Esq.
Texas Bar No. 24013060
(*pro hac vice*)
Steckler Wayne & Love PLLC
107 East Main Street
Henderson, Texas 75652
903/212-4444
903/392-2267 (Fax)
greg@swclaw.com

Daniel D. Delue, Esq.
WA Bar No. 29357
(*pro hac vice*)
DeLue Law PLLC
600 Stewart St., Suite 1115
Seattle, WA 98101-1242
206/508-3804
206/508-3817 (Fax)
ddd@d3law.com

*Attorneys for Plaintiff*

By: *s/Angela K. Wood*

_____

Angela K. Wood, Esq.
CO Bar No. 34212
Law Offices of Angela K. Wood
9205 W. Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
303/645-8620
877/369-5827 (Fax)
Angela.wood@thehartford.com
*Attorneys for Defendant Equipment Development, Co., Inc.*

By: *s/Kianna F. Jackson*

_____

Kianna F. Jackson, Esq.
CO Bar No. 41251
Lasater & Martin, P.C.
5251 DTC Parkway, Suite 800
Greenwood Village, CO 80111
303/730-3900
303/730-3939 (Fax)
Kianna@LasaterandMartin.com
*Attorneys for Defendant Home Depot U.S.A., Inc.*