IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:23-cv-01208-STV**

BRYCE R. SWEENEY,

     Plaintiff,

v.

HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT, and EQUIPMENT DEVELOPMENT CO., INC.

  Defendants.

## STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

Plaintiff Bryce R. Sweeney, through his respective counsel, Defendant Home Depot U.S.A., Inc., through its respective counsel, and Defendant Equipment Development Co., Inc., through its respective counsel, hereby respectfully submit this Stipulated Motion to Dismiss all Claims brought by Plaintiff Sweeney against Defendant Home Depot, USA, Inc., and Defendant Esquipment Development Co., Inc., with prejudice, with all parties resonsicvble for their own fees and costs.

Respectfully submitted, Novbember 15, 2024.

                                          *s/ Christopher Gilbert*
                                          _____
                                          Christopher K Gilbert, #40635
                                          The Burnham Law Firm, P.C.
                                          12737 E. Euclid Drive
                                          Centennial, CO 80111
                                          720-845-7001
                                          chrisg@burnhamlaw.com

*s/ Gregory Love*

_____
Gregory P. Love
Steckler Wayne & Love PLLC
107 East Main Street
Henderson, Texas 75652
903-212-4444
greg@swclaw.com


*s/ Daniel DeLue*

_____
Daniel D. DeLue
DeLue Law PLLC
600 Stewart St., Suite 1115
Seattle, WA 98101-1242
206-508-3804
ddd@d3law.com
*Attorneys for Plaintiff*


*s/ Angela Wood*

_____
Angela K. Wood, #34312
Law Offices of Scott Tessmer
8888 E. Raintree Drive, Suite 210
Scottsdale, AZ 85260
303-645-8620
Angela.Wood@thehartford.com
*Attorney for Defendant Equipment Development, Co., Inc.*


*s/ Kianna F. Jackson*

_____
Kianna F. Jackson, #41251
Janet B. Martin, #33586
Lasater & Martin, P.C.
5251 DTC Parkway, Suite 800
Greenwood Village, CO 80111
303-730-3900
Kianna@LasaterandMartin.com
Janet@LasaterandMartin.com
*Attorneys for Defendant Home Depot U.S.A., Inc.*

# CERTIFICATE OF SERVICE

I certify that on November 15, 2024, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE** was filed with the Clerk of Court using PACER/ECF, which will send notification of such filing to all counsel of record:

Christopher K Gilbert
The Burnham Law Firm, P.C.
12737 E. Euclid Drive
Centennial, CO 80111

Gregory P. Love
Steckler Wayne & Love PLLC
107 East Main Street
Henderson, Texas 75652

Daniel D. DeLue
DeLue Law PLLC
600 Stewart St., Suite 1115
Seattle, WA 98101-1242
*Attorneys for Plaintiff*

Anglela K. Wood
Law Offices of Scott Tessmer
8888 E. Raintree Drive, Suite 210
Scottsdale, AZ 85260
*Attorney for Defendant Equipment Development, Co., Inc.*

                                                    *s/Kate Braden*                .
                                                    Kate Braden